1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| RALPH ROBERT LOPEZ,<br><br>                         Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA, SERGEANT<br>SCOTT SNYDER, CORPORAL<br>RICHARD HUNT, OFFICER<br>SHAWN MICHELS and DOES 1-10,<br>inclusive.<br><br>                     Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 5:19-CV-01727-JGB-SP<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge Jesus G. Bernal<br>Magistrate Judge Sheri Pym<br><br>**ORDER REGARDING THE PARTIES'**<br>**STIPULATED PROTECTIVE ORDER** |

22
23
24
25
26
27
28

      THIS COURT, having reviewed the concurrently filed joint Stipulated Protective

Order signed by the attorneys for all parties, hereby finds good cause for the relief

sought, and approves and adopts the Protective Order submitted to it by the Parties

[Dkt. 37] in its entirety.

/ /

1   IT IS SO ORDERED.

2

3   Dated: September 10, 2020

4                                            _____

    Honorable Sheri Pym
5   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER REGARDING PLAINTIFFS' STIPULATED PROTECTIVE ORDER